UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 2:25-cv-00185-MAA | Date: April 9, 2025 |
| Title | State Farm General Insurance Company v. United States Department of Veterans Affairs et al | |

Present: The Honorable Maria A. Audero, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On January 7, 2025, Plaintiff State Farm General Insurance Company ("Plaintiff") filed a complaint against the United States Department of Veterans Affairs and the West Los Angeles VA Medical Center (collectively, "Defendants") (ECF No. 1) and requested that a civil summons be issued as each of the two Defendants (ECF No. 2). On January 8, 2025, the Court Clerk issued a 60 Day Summons as to each of the Defendants. (ECF No. 6.)

On March 18, 2025, Plaintiff filed two proofs of service, the first indicating upon Defendant West Los Angeles VA Medica Center (ECF No. 7), and the second indicating upon the United States Department of Veterans Affairs (ECF No. 8). This service does not comply with Federal Rule of Civil Procedure ("Rule") 4(i), which provides that, when serving the United State and its agencies, the Plaintiff must:

> (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk—or
>
> (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
>
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-00185-MAA                                                                 Date: April 9, 2025

Title     State Farm General Insurance Company v. United States Department of Veterans Affairs et al

     (C) if the action challenges an order of a nonparty agency or officer of the
      United States, send a coy of each by registered or certified mail to the agency
      or officer.

Fed. R. Civ. P. 4(i)(A)–(C).

     These rules of service were not followed here as (1) only the Defendants were served, and (2) they were served via personal service. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **May 9, 2025** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing proof of service evidencing service compliant with Rule 4(i).

     Separately, Plaintiff is reminded of its obligation to serve the Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent (ECF No. 5) consistent with Central District of California Local Civil Rule 73-2.1.

     It is so ordered.